UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSH DONLEY,<br><br>                    Plaintiff,<br><br>    vs.<br><br>BENTON COUNTY CORRECTIONS MEDICAL SYSTEM,<br><br>                    Defendant. | NO. CV-10-5044-CI<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING ACTION |

Magistrate Judge Imbrogno filed a Report and Recommendation on May 25, 2010, recommending Mr. Donely's application to proceed *in forma pauperis* be denied and the action dismissed without prejudice as this action appeared to be duplicative of cause number CV-10-5043-CI and Mr. Donley had abandoned it. There being no objections, the court **ADOPTS** the Report and Recommendation. The Application to Proceed *In Forma Pauperis* is **DENIED** and the action is **DISMISSED WITHOUT PREJUDICE**

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, enter judgment, forward copies to Plaintiff and **close the file**. The court certifies any appeal of this dismissal would not be taken in good faith.

**DATED** this 15th day of June 2010.

                          s/Robert H. Whaley
                         ROBERT H. WHALEY
                    UNITED STATES DISTRICT JUDGE

ORDER -- 1